April 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KAREN WOODING BRYANT, Appellant

NO. 14-13-00922-CR                                    V.

THE STATE OF TEXAS, Appellee

_____

     This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for further proceedings in accordance with its opinion.

     We further order this decision certified below for observance.